UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KENNETH SYRKETT, | : CIVIL ACTION NO. 3:CV-12-0514 |
| Petitioner | : (Judge Nealon) |
| v. | : |
| B.A. BLEDSOE, | : |
| Respondent | : |

### ORDER

**AND NOW, THIS 27th DAY OF APRIL, 2012**, for the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. Petitioner's application to proceed in forma pauperis (Doc. 2), is **GRANTED** for the purpose of filing the petition only.

2. The petition for writ of habeas corpus is **DISMISSED**.

3. Petitioner's motion for appointment of counsel (Doc. 4) is **DISMISSED** as moot.

4. The Clerk of Court is directed to **CLOSE** this case.

United States District Judge

FILED
SCRANTON
APR 27 2012
PER _____
DEPUTY CLERK